No. 341. MARCHUS v. DRUGE ET AL., CO-PARTNERS. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles E. Townsend* for petitioner. *Mr. A. W. Boyken* for respondents.

No. 342. JACKSONVILLE PAPER CO. v. NATIONAL LABOR RELATIONS BOARD. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Thos. B. Adams* and *Louis Kurz* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 88. SLADE ET AL. v. SHELL OIL CO., INC. ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marcellus Green, P. Z. Jones,* and *Garner W. Green* for petitioners. *Messrs. William H. Watkins* and *Harry McCall* for respondents.

No. 214. GILCREASE OIL CO. v. COSBY ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James V. Allred* for petitioner. *Messrs. U. M. Simon* and *C. J. Shaeffer* for respondents.

No. 222. SENECA COAL & COKE CO. v. LOFTIN. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Hunter L. Johnson* and *Karl H. Mueller* for petitioner. *Mr. Hayes McCoy* for respondent. *Mr. Joseph V. Lane, Jr.* (*Mr. Adrian C. Leiby* of counsel) filed a brief, as

*amicus curiae,* in support of the petition.

No. 250.   LELAND STANFORD JUNIOR UNIVERSITY ET AL. *v.* NATIONAL SUPPLY Co.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John T. Pigott* for petitioners. *Messrs. Allen L. Chickering, Walter C. Fox, Jr.,* and *Vincent I. Compagno* for respondent.

No. 282.   LISS ET AL. *v.* UNITED STATES;
No. 283.   LONDONER *v.* UNITED STATES;
No. 284.   COHEN ET AL. *v.* UNITED STATES;
No. 285.   MAINELLA *v.* UNITED STATES;
No. 286.   FOX ET AL. *v.* UNITED STATES; and
No. 287.   LOWENSTEIN *v.* UNITED STATES.   October 18, 1943.   Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Charles V. Halley, Jr.* for petitioners in Nos. 282, 284, 285, and 287; *Mr. Abraham S. Robinson* for petitioner in No. 283; and *Mr. Max Schwartz* for petitioners in No. 286.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.   Reported below: 137 F. 2d 995.

No. 296.   MACH *v.* ABBOTT COMPANY.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Paul R. Stinson* for petitioner.   *Mr. Fred A. Wright* for respondent.

No. 301.   RADIANT POINT PEN CORP. *v.* C. HOWARD HUNT PEN Co.   October 18, 1943.   Petition for writ of